# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

KELIIHULUHULU: ALFRED
SPINNEY KANAKA-MAOLI
HAWAIIAN

     Plaintiff,

     V.

NORMAN A. KEANAAINA,
TUPOU VI, SEMISI FONUA,
ROBERT D. TRIANTOS, RICHARD
RAMIREZ, MICHELLE C.
DICKINSON, JEAN KEKA, FINE
TEUTAU, PATRICK KAWAI,
TYLER MENO, ASA TEUTAU,
SIONE FILIKITONGA, MASTER
FALAU, SAMUELA TATOFI,
HARRY KIM, RENEE SONOBE
HONG, DOE DEFENDANTS 1-
10000, MAASI TEUTAU, LEROY
COLOMBE, MAAKI TEATAU,
DEANNA S. SAKO, PAUL
FERRIERA, SALESI HE-I-LIKU
TONGA

     Defendants.

JUDGMENT IN A CIVIL CASE

Case: CV 19-00417 LEK-WRP

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

November 21, 2019

At 11 o'clock and 15 min a.m.
SUE BEITIA, CLERK

[ ] **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[✓] **Decision by Court**. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Plaintiff's Amended Complaint, previously dismissed without prejudice,  is dismissed with prejudice, pursuant to the "Order Dismissing Case With Prejudice", ECF No. 60, filed on October 25, 2019.  It is further ordered that the case is  closed, pursuant to the "EO: Court Order Denying Plaintiff's Request for a Rule 55(A)(1) Judgment by Default and Directing the Clerk's Office to Close This Case", ECF No. 71, filed November 21, 2019.

November 21, 2019
_____
Date

SUE BEITIA
_____
Clerk

/s/ Sue Beitia by ET
_____
(By) Deputy Clerk